1  JEFFREY W. PAGANO, ESQ.
   (admitted *pro hac vice*)
2  IRA M. SAXE, ESQ.
   (admitted *pro hac vice*)
3  CROWELL & MORING LLP
4  153 East 53rd Street
   31st Floor
5  New York, New York 10022
   Telephone: (212) 223-4000
6  Facsimile:  (212) 223-4134

7  -and-

8  STEVEN P. RICE, ESQ. (Bar No. 094321)
9  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
10 Irvine, California 92614
   Telephone:  (949) 263-8400
11 Facsimile:  (949) 261-8414

12 Attorneys for Defendant
13 TNT USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------------------------------x

| ORLANDO DELGADO, | : | Case No.: C06-04789 VRW |
| Plaintiff, | : | |
| v. | : | **NOTICE OF** |
|  | : | **SUBSTITUTION OF COUNSEL** |
| TNT USA, INC. AND DOES 1-20, INCLUSIVE, | : | |
| Defendants. | : | |

------------------------------------------------------------x

Defendant TNT USA Inc. ("Defendant" or "TNT") hereby provides notice that former counsel for TNT, King Pagano Harrison, together with its attorneys, including Jeffrey W. Pagano (admitted *pro hac vice* in this action) and Ira M. Saxe (admitted *pro hac vice* in this action), have joined the firm of Crowell & Moring LLP, and will be practicing law using that name. Steven

**NOTICE OF SUBSTITUTION OF COUNSEL**

P. Rice (California Bar Number 094321) of Crowell & Moring LLP, whose address and other contact information appear below, is hereby substituted for W. Jeffery Burch as local counsel for TNT.

Dated:    November 22, 2006
                New York, New York

Respectfully submitted,

CROWELL & MORING LLP

By: _____
      Jeffrey W. Pagano, Esq.
      (admitted *pro hac vice*)

Ira M. Saxe, Esq.
(admitted *pro hac vice*)
153 East 53rd Street
31st Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
*jpagano@crowell.com*
*isaxe@crowell.com*

-and-

Steven P. Rice, Esq. (Bar No. 094321)
CROWELL & MORING, LLP
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 261-8414
*srice@crowell.com*

Attorneys for Defendant
TNT USA Inc.

To:  Enrique Martinez, Esq.
      Law Offices of Enrique Martinez
      360 Grand Avenue, Suite 141
      Oakland, California 94610
      Attorney for Orlando Delgado

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]

**NOTICE OF SUBSTITUTION OF COUNSEL**

# PROOF OF SERVICE

State of NEW YORK    )
                     )   :ss
County of NEW YORK   )

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 153 East 53rd Street, 31st Floor, New York, New York 10022.

I am readily familiar with the Firm's practice for collection and processing correspondence for mailing, and, in the ordinary course of business, the correspondence would be deposited with the United States mail on the day on which it is collected at the business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the proof of service.

On November 22, 2006, I served the foregoing document(s) described as **NOTICE OF SUBSTITUTION OF COUNSEL** on the interested parties as follows:

> Enrique Martinez, Esq.
> Law Offices of Enrique Martinez
> 360 Grand Avenue, Suite 141
> Oakland, CA 94610
> (510) 287-4302
> (510) 268-9264 fax
> Attorney for Plaintiff Orlando Delgado

[ X ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at New York, New York.

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   (BY ELECTRONIC FILING) I caused the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be electronically filed which will automatically cause electronic notice of such filing to be sent to the above-referenced counsel.

[ X ]   [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 22, 2006, New York, New York.

_____
FRANK M. ESPOSITO

**PROOF OF SERVICE**